UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
S.F.,
                                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                                  Defendant.
------------------------------------------------------------X

24 Civ. 6410 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this court's September 9, 2024, Order required the parties to file a joint letter regarding the status of settlement negotiations by October 17, 2024.

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that the parties shall file the joint status letter by **October 24, 2024**.

Dated: October 21, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE